Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: N/A.

*albert E. Radcliffe*
ALBERT E. RADCLIFFE
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

IN THE MATTER OF:

DOMENIC JOHN CATALANO         CHAPTER 13 CASE NO. 08-60313-aer13

   Debtor

                              ADV. PROCEEDING NO. 08-6074-AER

DOMENIC JOHN CATALANO
   Plaintiff,

v.

CITIFINANCIAL INC
                              STIPULATED JUDGMENT OF DISMISSAL

   Defendant.

Based on the stipulation of Plaintiffs and Defendants, the parties herein request that the matter be dismissed with prejudice and without costs or attorney's fees as to either party, and the court being fully advised in the premises,

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the within entitled matter is dismissed with prejudice and without costs or attorney's fees as to either party.

###

IT IS SO STIPULATED AND AGREED:

_____
Chad Reynolds
Operations Support Asst. II
Citifinancial, Inc.
3950 Regent Blvd.
Irving, TX 75063

/s/Karen M. Oakes_____
Karen M. Oakes, OSB 98463
Attorney for Plaintiff

Presented by:

Karen M. Oakes, OSB 98463
Attorney for Plaintiff
6502 South 6th Street
Klamath Falls, OR 97603
541-273-1650
karenmo@charter.net